IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RL TROVE, INC.,<br>JOSEPH A. RIOS,<br>KENNETH PETROVICH, and<br>JON D. SARVER,<br><br>　　　　Defendants. | Case No. EDCV19-2344-JGB-KKx<br><br>**ORDER AND JUDGMENT OF PERMANENT INJUNCTION AGAINST JON D. SARVER** |

Pursuant to the Stipulation for Entry Of Order And Judgment Of Permanent Injunction Against Jon D. Sarver, and all matters properly made part of the record:

**IT IS HEREBY ORDERED**, pursuant to 26 U.S.C. ("I.R.C.") §§ 7402 and 7408, that Defendant Jon D. Sarver individually or doing business through any entity, and any other person in active concert or participation with him, is enjoined from directly or indirectly:

1

(1) making or furnishing or causing another person to make or furnish a statement with respect to the allowability of any tax deduction or credit, the excludability of any income, or the securing of any other tax benefit, or otherwise providing tax advice, in exchange for compensation or the promise of compensation;

(2) calculating, purporting to calculate, or offering to calculate the value of a business's self-created intangible assets for any other person or entity;

(3) organizing, promoting, selling, marketing, advising, or participating in any plan or arrangement concerning deductions for amortization of self-created goodwill or other intangible assets;

(4) encouraging or advising others, or assisting others in encouraging or advising others, to claim deductions for amortization of self-created intangible assets in exchange for compensation or any promise of compensation;

(5) preparing, or aiding or assisting in the preparation of, federal tax returns or amended returns or other tax forms claiming deductions for self-created intangible assets or similar deductions; and

(6) receiving money from any tax return preparation business or the sale or promotion of any tax services, tax advice, or tax strategies to others.

**IT IS FURTHER ORDERED** that, pursuant to I.R.C. Sections 7402(a) and 7408, Jon D. Sarver is hereby ordered to produce to counsel for the United States, within sixty (60) days of entry of this order, a list that identifies by name, social security number, address, e-mail address, telephone number, and tax periods(s), all persons who have engaged him to provide tax advice, tax planning, or tax return preparation services since January 1, 2012.

**IT IS FURTHER ORDERED** that, pursuant to I.R.C. Sections 7402(a) and 7408, Jon D. Sarver is hereby ordered, within thirty (30) days of entry of this order, to provide a copy of the Court's order to all current and former principals, officers, franchises, managers, employees, independent contractors, and tax return preparers employed or otherwise directly or indirectly engaged by RL Trove, Inc. Within sixty (60) days of entry of this order, Defendant shall provide to counsel for the United States a declaration, signed under penalty of perjury, verifying: (1) receipt of this final Order and Judgment of Permanent Injunction entered by the Court and (2) compliance with the requirement that a copy of the Court's order was provided to all current and former principals, officers, franchises, managers, employees, independent contractors, and tax return preparers employed or otherwise directly or indirectly engaged by RL Trove, Inc.

**IT IS FURTHER ORDERED** that the United States may engage in post-judgment discovery to ensure compliance with the injunction.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over Jon D. Sarver and over this action to enforce any permanent injunction entered against them.

**IT IS FURTHER ORDERED** that, pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this order binds the following who receive actual notice of it by personal service or otherwise:

    i. Defendant Jon D. Sarver;

    ii. Defendant's agents, servants, employees, and attorneys; and

    iii. other persons who are in active concert or participations with anyone described in (i) or (ii) above.

**IT IS FURTHER ORDERED** that Defendant has waived any and all right to appeal from this judgment.

**IT IS FURTHER ORDERED** that the Clerk is directed to enter final judgment in favor of the United States and against Defendant Jon D. Sarver.

**IT IS SO ORDERED.**

Signed this 19th day of December, 2019.

---
JESUS G. BERNAL
United States District Judge

*Respectfully submitted*,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE
Assistant United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General, Tax Division
RUSSELL J. EDELSTEIN
GREGORY L. MOKODEAN
Trial Attorneys
U.S. Department of Justice, Tax Division

*Attorneys for Plaintiff, United States of America*