IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:19-cv-2344-JGB-KK |
| | ) |
| v. | ) |
| | ) **ORDER AND JUDGMENT OF** |
| RL TROVE, INC., JOSEPH A. RIOS, | ) **PERMANENT INJUNCTION** |
| KENNETH PETROVICH, and | ) **AGAINST KENNETH** |
| JON D. SARVER, | ) **PETROVICH** |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the parties' Stipulation for Entry of Order and Judgment of Permanent Injunction Against Kenneth Petrovich (ECF No. 45-1), and all matters properly made part of the record:

**IT IS HEREBY ORDERED**, pursuant to 26 U.S.C. ("I.R.C.") §§ 7402 and 7408, that Defendant Kenneth Petrovich, individually or doing business through any entity, and any other person in active concert or participation with him, is enjoined from directly or indirectly:

    (1) making or furnishing or causing another person to make or furnish a statement with respect to the allowability of any tax deduction or credit, the excludability of any income, or the securing of any other tax benefit, or otherwise providing tax advice, in exchange for compensation or the promise of compensation;

    (2) calculating, purporting to calculate, or offering to calculate the value of a business's self-created intangible assets for any other person or entity;

(3) organizing, promoting, selling, marketing, advising, or participating in any plan or arrangement concerning deductions for amortization of self-created goodwill or other intangible assets;

(4) encouraging or advising others, or assisting others in encouraging or advising others, to claim deductions for amortization of self-created intangible assets in exchange for compensation or any promise of compensation;

(5) preparing, or aiding or assisting in the preparation of, federal tax returns or amended returns or other tax forms claiming deductions for self-created intangible assets or similar deductions; and

(6) receiving money from any tax return preparation business or the sale or promotion of any tax services, tax advice, or tax strategies to others.

**IT IS FURTHER ORDERED** that, pursuant to I.R.C. Sections 7402(a) and 7408, within thirty (30) days of entry this Order, Defendant Kenneth Petrovich shall provide to counsel for the United States in this litigation a declaration, signed by Defendant Kenneth Petrovich under penalty of perjury, that he has, to the best of his firsthand knowledge, understanding, and belief:

(1) Produced to IRS Revenue Agent David Gordon any list(s) that he had in his possession that identify all RL Trove customers who received tax advice, tax planning, or tax return preparation services since January 1, 2012;

(2) Identified to counsel for the United States in this action, in writing, any RL Trove customer (including by name, and if known by Petrovich, last known address, telephone, e-mail address, and relevant tax year(s)) known to Petrovich who does not appear on Exhibit B to the Joint 26(f) Report in this action (ECF. No. 39-002);

(3) Identified to counsel for the United States in this action, in writing, any person (including by name, and if known by Petrovich, last known address, telephone, e-mail address, and relevant tax year(s)) who has engaged him or he has referred to others, in exchange for compensation or promise of compensation, to provide tax advice or to enter into any tax arrangement since January 1, 2017; and

(4) Received (by electronic mail) and understands the terms and conditions in the Stipulation (ECF No. 45-1) and this final Order and Judgment of Permanent Injunction entered by the Court, and Defendant Petrovich read and understands the final Order and Judgment of Permanent Injunction.

**IT IS FURTHER ORDERED** that the United States may engage in post-judgment discovery to ensure compliance with this Order of Permanent Injunction, including depositions, interrogatories, and requests for the production of documents as provided by the Federal Rules of Civil Procedure.  Defendant Kenneth Petrovich has reserved all rights he has under the Federal Rules of Civil Procedure or any applicable legal authority to respond to or object to any post-judgment discovery request by the United States.

**IT IS FURTHER ORDERED** that the United States and Kenneth Petrovich waive the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this action to enforce the permanent injunction and the terms and conditions of the Stipulation.

**IT IS FURTHER ORDERED** that the United States and Kenneth Petrovich waive any and all rights to appeal from the judgment of permanent injunction entered in this action.

**IT IS FURTHER ORDERED** that the United States' claim for disgorgement against Defendant Kenneth Petrovich set forth in its Complaint in this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Signed this 27 day of October, 2020.

_____
JESUS G. BERNAL
United States District Judge